# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| RICKY JONES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:08CV1075 FRB |
| MELANIE BULLARD, | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon the motion of Ricky Jones for leave to commence this action without prepayment of the filing fee pursuant to 28 U.S.C. § 1915.

Plaintiff, a detainee at Missouri Sexual Offender Treatment Center, brings this action under 42 U.S.C. § 1983 alleging a violation of his First Amendment Right to freely exercise his religion. Plaintiff is a Muslim and professes to adhere to dietary practices which require him to refrain from consuming pork. Plaintiff asserts that he has informed defendant Melanie Bullard, Director of Dietary Services, of his religious practices, but that she has continued to serve him pork. Plaintiff seeks an order from this Court prohibiting defendant from serving him pork and requiring her to make substitute food available.

Upon consideration of the financial information provided with the motion, the Court finds that plaintiff is financially unable to pay any portion of the filing fee. As a result, plaintiff will be granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [Doc. #2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to issue upon the complaint.

Dated this 6th day of August, 2008.

_____
FREDERICK R. BUCKLES
UNITED STATES MAGISTRATE JUDGE